| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M Goodrich<br>David M Goodrich, Esq<br>333 S Hope St 35th Fl<br>Los Angeles, CA 90071<br><br>213-626-2311<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Mark Elias Crone<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-12392-BR<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:17-ap-01276-BR |
|---|---|
| Howard M. Ehrenberg<br><br><br>Plaintiff(s)<br>Versus<br>Susan I. Crone<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **06/19/2017.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
  **Date:**  July 25, 2017
  **Time:**  10:00 AM
  **Hearing Judge:**  Barry Russell
  **Location:**  255 E Temple St., Crtrm 1668, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: May 18, 2017

By: _____"s/" Stacey Fortier_____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 2   **F 7004–1.SUMMONS.ADV.PROC**

Case 2:17-ap-01276-BB  Doc 231  Filed 05/18/17  Entered 05/18/17 13:34:23  Desc
MAP-Documents   Page 2 of 5

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Howard M. Ehrenberg | Susan I. Crone<br>Ascendant Global Advisors, Inc. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, 35th Floor, Los Angeles, California 90071

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
**COMPLAINT FOR: (1) AVOIDANCE OF TRANSFER UNDER 11 U.S.C. § 548; (2) AVOIDANCE OF TRANSFER UNDER CCC § 3439.04(a)(1); (3) AVOIDANCE OF TRANSFER UNDER CCC § 3439.04(a)(2); (4) AVOIDANCE OF TRANSFER UNDER CCC § 3439.05; (5) RECOVERY OF TRANSFERRED PROPERTY OR VALUE THEREOF; (6) PRESERVATION OF AVOIDED TRANSFER; (7) DECLARATORY RELIEF; AND (8) AN INJUNCTION; NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M. Ehrenberg (TR): ehrenbergtrustee@sulmeyerlaw.com; ca25@ecfcbis.com; C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
David M. Goodrich: dgoodrich@sulmeyerlaw.com; asokolowski@sulmeyerlaw.com; dgoodrich@ecf.inforuptcy.com; slee@sulmeyerlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On May 19, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:
Susan Crone
17 Old Orchard Road
West Granby, CT 06090-1324

Susan Crone
106 Hollister Way S
Glastonbury, CT 06033-3142

Attorneys for Susan Crone:
James K. Landau, Esq.
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105

Defendant:
Ascendant Global Advisors, Inc.
Attn: Mark Crone, President, Secretary, Treasurer & Director
2012 Manning Avenue
Westwood, CA 90025

Agent for Service of Process for Ascendant Global Advisors, Inc.:
VCorp Services, LLC
1645 Village Center Circle
Suite 170
Las Vegas, NV 89134

<u>Attorneys for Ascendant Global Advisors, Inc.</u>:
Stephen F. Biegenzahn, Esq.
Law Offices of Stephen F. Biegenzahn
1900 Avenue of the Stars
11th Floor
Los Angeles, CA  90067

The Honorable Barry Russell
United States Bankruptcy Court
Roybal Federal Building
255 East Temple Street
Suite 1582
Los Angeles, CA  90012-3332

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* May 19, 2017    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>E-MAIL NOTICING FROM MAIN BANKRUPTCY CASE NO. 2:17-bk-12392-BR</u>:
Stephen F. Biegenzahn:  steve@sfblaw.com
Leslie A. Cohen:  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; Brian@lesliecohenlaw.com
Cynthia Futter:  cfutter@futterwells.com
Zann R. Welch:  ecfnotices@ascensioncapitalgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2017 | Ann L. Sokolowski | */s/ Ann L. Sokolowski* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |