1  David M. Goodrich (CA Bar No. 208675)
   *dgoodrich@sulmeyerlaw.com*
2  **Sulmeyer**Kupetz
   A Professional Corporation
3  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
4  Telephone: 213.626.2311
   Facsimile: 213.629.4520
5
6  Attorneys for Plaintiff
   Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>    Debtor.<br>_____<br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSAN I. CRONE, an individual, ASCENDANT GLOBAL ADVISORS, INC., a Nevada corporation,<br><br>    Defendants. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01276-BR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND TO EXTEND DEADLINE FOR TRUSTEE TO RESPOND TO COUNTERCLAIM OF ASCENDANT GLOBAL ADVISORS, INC.; DECLARATION OF DAVID M. GOODRICH**<br><br>**Hearing Date and Time:**<br><br>Date:  July 25, 2017<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This *Stipulation to Continue Hearing on Motion for Issuance of Preliminary Injunction and to Extend Deadline for Trustee to Respond to Counterclaim of Ascendant Global Advisors, Inc.* ("Stipulation") is entered into between plaintiff Howard M. Ehrenberg ("Plaintiff"), in his capacity

ALS\ 2590413.1

as the duly appointed and acting trustee of the bankruptcy estate of debtor Mark Elias Crone, and defendant CKR Global Advisors, Inc., sued herein as Ascendant Global Advisors, Inc. ("Defendant," and collectively with Plaintiff, "Parties").

**RECITALS**

A. On May 17, 2017, Plaintiff filed his adversary complaint ("Complaint"), asserting claims against Defendant for declaratory relief, and injunctive relief.

B. On May 23, 2017, Plaintiff filed his *Motion for Issuance of Preliminary Injunction* ("Motion") [Docket No. 4], seeking an order for a preliminary injunction prohibiting Susan Crone and Defendant from taking any action to dispose of assets of Defendant, including, but not limited to: (1) the sale of any of the 100,000 shares of Akoustis Technologies, Inc. ("AKTS Shares") owned by Defendant; (2) the payment of any debts of Defendant from any proceeds of the AKTS Shares, should they be sold; and (3) the distribution of funds or property of Defendant to shareholders of Defendant or any related entity, creditor or other interested holder, during the pendency of this proceeding. *Id*. at p. 1:4-13.

C. On June 13, 2017, Defendant filed its Opposition to the Motion [Docket No. 8].

D. On June 19, 2017, Defendant filed its Answer to the Complaint, and asserted a counterclaim against Plaintiff ("Answer" and "Counterclaim," respectively) [Docket No. 15].

E. On June 20, 2017, Plaintiff filed his Reply to Defendant's Opposition to the Motion [Docket No. 16].

F. On June 26, 2017, the Court approved the Parties' Stipulation to Continue the hearing on the Motion and set a continued hearing for July 25, 2017 [Docket No. 25].

G. The Plaintiff's response to the Counterclaim of Defendant is due July 18, 2017.

H. The Parties continue to discuss a global settlement to resolve all claims against Defendant arising out of the Complaint, and the Counterclaim against Plaintiff, and the resolution of both the Complaint and Counterclaim would obviate the relief requested in the Motion as to Defendant.

I. Given the continuing settlement discussions, the Parties agree that a 30-day continuance of the hearing on the Motion and a 30-day extension of the Trustee's deadline to respond

ALS\ 2590413.1

to the Counterclaim are appropriate.

## STIPULATION

**WHEREFORE**, subject to Court approval, the Parties stipulate as follows:

1. The parties request that the Court continue the hearing on the Motion for a period of approximately 30 days from the July 25, 2017 hearing date;

2. The Parties will file no further pleadings in connection with the Motion;

3. The Plaintiff's responsive pleading shall be due August 17, 2017;

4. Except as expressly set forth herein, each party reserves all rights with respect to the Motion, the Complaint, the Answer, the Counterclaim, and any response to the Counterclaim, and to make any argument with respect thereto;

5. The undersigned represent and warrant that they have the authority to enter into this Stipulation on behalf of their respective clients;

6. This Stipulation may be signed by facsimile or electronic signature and in separate counterparts which, when taken as a whole, shall constitute one and the same document.

DATED: July 14, 2017

**Sulmeyer**Kupetz
A Professional Corporation

By:  /s/ David M. Goodrich
David M. Goodrich
Attorneys for Plaintiff
Howard M. Ehrenberg, Chapter 7 Trustee

DATED: July 14, 2017

FRIEDMAN LAW GROUP, P.C.

By: [signature]
Michael Sobkowiak
Attorneys for CKR Global Advisors, Inc., sued herein as Ascendant Global Advisors

ALS\ 2590406.1

## **DECLARATION OF DAVID M. GOODRICH**

I, David M. Goodrich, do hereby declare:

1. I am an attorney duly admitted to practice before this Court. I am a Member with **Sulmeyer**Kupetz, A Professional Corporation, attorneys of record for Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

1. On May 17, 2017, Plaintiff filed a Complaint, asserting claims against Defendant for declaratory relief, and injunctive relief.

2. On May 23, 2017, Plaintiff filed the Motion [Docket No. 4], seeking an order for a preliminary injunction prohibiting Susan Crone and Defendant from taking any action to dispose of assets of Defendant, including, but not limited to: (1) the sale of any of the 100,000 shares of Akoustis Technologies, Inc. ("AKTS Shares") owned by Defendant; (2) the payment of any debts of Defendant from any proceeds of the AKTS Shares, should they be sold; and (3) the distribution of funds or property of Defendant to shareholders of Defendant or any related entity, creditor or other interested holder, during the pendency of this proceeding. *Id*. at p. 1:4-13.

3. On June 13, 2017, Defendant filed its Opposition to the Motion [Docket No. 8].

4. On June 19, 2017, Defendant filed its Answer to the Complaint, and asserted its Counterclaim against Plaintiff [Docket No. 15].

5. On June 20, 2017, Plaintiff filed his Reply to Defendant's Opposition to the Motion [Docket No. 16].

J. On June 26, 2017, the Court approved the Parties' Stipulation to Continue the hearing on the Motion and set a continued hearing for July 25, 2017 [Docket No. 25].

K. The Plaintiff's response to the Counterclaim of Defendant is due July 18, 2017.

L. The Parties continue to discuss a global settlement to resolve all claims against Defendant arising out of the Complaint, and the Counterclaim against Plaintiff, and the resolution of both the Complaint and Counterclaim would obviate the relief requested in the Motion as to Defendant. To that end, the Defendant is preparing an extensive set of documents that will be provided to the Plaintiff in an effort to settle this matter.

ALS\ 2590413.1

1  M. Given the continuing settlement discussions, the Parties have agreed that the hearing on the Motion be continued and the Plaintiff's responsive deadline for the Counterclaim be extended 30 days.

4  N. Based on the foregoing, the Parties request that the Court continue the hearing on the Motion for approximately 30 days.

6  O. Based on the foregoing, the Parties request that the Court approve the stipulation to extend the Plaintiff's deadline to respond to the Counterclaim to August 17, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July 2017, at Newport Beach, California.

*/s/ David M. Goodrich*
David M. Goodrich

ALS\ 2590413.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND TO EXTEND DEADLINE FOR TRUSTEE TO RESPOND TO COUNTERCLAIM OF ASCENDANT GLOBAL ADVISORS, INC.; DECLARATION OF DAVID M. GOODRICH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Stephen F Biegenzahn on behalf of Defendant Ascendant Global Advisors, Inc. - efile@sfblaw.com
- Leslie A Cohen on behalf of Interested Party Courtesy NEF - leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; Brian@lesliecohenlaw.com
- Howard M Ehrenberg (TR) - ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com
- Jerome Bennett Friedman on behalf of Interested Parties CKR Law, LLP/Jeffrey A. Rinde - jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com;sbiegenzahn@flg-law.com
- David B Golubchik on behalf of Interested Party Courtesy NEF - dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- David M Goodrich on behalf of Plaintiff Howard M. Ehrenberg - dgoodrich@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dgoodrich@ecf.inforuptcy.com; slee@sulmeyerlaw.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On July 14, 2017 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
United States Bankruptcy Court
Roybal Federal Building
255 East Temple Street
Suite 1660
Los Angeles, CA 90012

**Defendant**
Susan Crone
17 Old Orchard Road
West Granby, CT 06090-1324

Susan Crone
106 Hollister Way S
Glastonbury, CT 06033-3142

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2017 | Ann L. Sokolowski | *Ann L. Sokolowski* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**