| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich (CA Bar No. 208675)<br>  *dgoodrich@wgllp.com*<br>**Weiland Golden Goodrich, LLP**<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Howard M. Ehrenberg, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MARK ELIAS CRONE,<br><br>                                                  Debtor(s). | CASE NO.: 2:17-bk-12392-BR<br><br>ADVERSARY NO.: 2:17-ap-01276-BR<br><br>CHAPTER: 7 |
|---|---|
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>                                                  Plaintiff(s).<br>vs.<br><br>SUSAN I. CRONE, an individual, ASCENDANT GLOBAL ADVISORS, INC., a Nevada corporation,<br><br>                                                  Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:            April 30, 2019<br>TIME:            10:00 a.m.<br>COURTROOM:  1668<br>ADDRESS:        Roybal Federal Building<br>                        255 East Temple Street<br>                        Los Angeles, California  90012 |
| AND RELATED CROSS-ACTION. | |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No

2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No

3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

**B.  <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| n/a – a global settlement has been reached. | N/A - Defendant Global Advisors has reached a settlement with the Chapter 7 Trustee. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery is complete. | Discovery is complete, except for a reserved right by Global Advisors to take the deposition of Susan Crone. |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| None. Discovery is complete. | Deposition of Susan Crone, if necessary. |

**C.  <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)*?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| n/a – a settlement with defendant Global Advisors has been reached. | N/A - Defendant Global Advisors has reached a settlement with the Chapter 7 Trustee. |

2. How many witnesses do you intend to call at trial *(including opposing parties)*?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| n/a – a settlement with defendant Global Advisors has been reached. | N/A - Defendant Global Advisors has reached a settlement with the Chapter 7 Trustee. |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| n/a – a settlement with defendant Global Advisors has been reached. | N/A - Defendant Global Advisors has reached a settlement with the Chapter 7 Trustee. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☒ is not requested |
| Reasons: | Reasons: |
| The Trustee intends to proceed with his claims against defendant Susan Crone. | Defendant Global Advisors has reached a settlement with the Chapter 7 Trustee. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) May 30, 2019 | (*date*) June 30, 2019 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    A settlement has been reached with defendant Global Advisors. The Trustee intends to proceed with his claims against Susan Crone.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
    If so, when?

Friday, January 19, 2018.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

Plaintiff
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Respectfully submitted,

Date: 04/16/2019

**Weiland Golden Goodrich, LLP**
Printed name of law firm

/s/ David M. Goodrich
Signature

David M. Goodrich
Printed name
        Howard M. Ehrenberg
Attorney for: Chapter 7 Trustee

Date: April 16, 2019

Friedman Law Group, P.C.
Printed name of law firm

[signature]
Signature

Michael Sobkowiak
Printed name
        CKR Global Advisors, Inc., sued herein
Attorney for: as Ascendant Global Advisors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/16/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 04/16/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/16/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA EMAIL
Leo P. Flangas: leo@flangaslawfirm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2019 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Stephen F Biegenzahn    efile@sfblaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
Theresa Mains    theresa@theresamainspa.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com